JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANNY L.,

                  Plaintiff,

      vs.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.

CASE NO. EDCV 21-0236 AGR

JUDGMENT

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff.  The decision of the Commissioner is reversed and the matter is remanded for calculation and payment of supplemental security income benefits based on a closed period from May 11, 2015 through May 4, 2017.

DATED: June 5, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge